UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Todd Giffen, | Case No. 26-mc-0010 (KMM) |
| Petitioner, | |
| v. | **ORDER DENYING AUTHORIZATION TO PROCEED** |
| Warden FMC Rochester and US Attorney General, | |
| Respondents. | |

---

Petitioner Todd Giffen was restricted from initiating habeas corpus proceedings in this District unless he is represented by counsel or receives prior written authorization from a judicial officer of this District. *See Giffen v. Warden FMC Rochester*, No. 25-CV-0292 (PJS/DTS), ECF No. 14 (D. Minn. April 10, 2025). This matter is before the Court on Mr. Giffen's request for authorization to file a new habeas action. *See* ECF No. 1. Upon review, the Court concludes that the proposed civil action lacks an arguable basis either in fact or in law and therefore is frivolous. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962); *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). As "courts have told him over and over again," *see Giffen*, ECF No. 14 at 3, habeas corpus is simply not the correct procedural vehicle for Mr. Giffen's claims. Accordingly, the Court denies the request for authorization and orders that this proceeding be closed. The Court also certifies that any

1

appeal taken from this denial would not be in good faith, and thus any request to proceed *in forma pauperis* on appeal will be denied on that basis. *See* Fed. R. App. P. 24(a)(3)(A); 28 U.S.C. § 1915(a)(3).

   **LET JUDGMENT BE ENTERED ACCORDINGLY.**


   Dated: February 6, 2026                     <u>s/*Katherine M. Menendez*</u>
                                               Katherine Menendez
                                               United States District Judge