## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

---

Todd Giffen,

Case No. 26-mc-0010 (KMM)

Petitioner,

v.

**ORDER**

Warden FMC Rochester and US Attorney
General,

Respondents.

---

On February 6, 2026 in this miscellaneous case, the Court denied Petitioner Todd

Giffen authorization to proceed with a habeas corpus action, ordered the proceeding to

be closed, and directed entry of judgment. (Dkt. 3.) Mr. Giffen thereafter filed a motion

(Dkt. 5) asking the Court to consolidate this miscellaneous case with *Giffen v. US Attorney*

*General*, No. 26-cv-817 (NEB/EMB), and another motion asking the Court to "lift any

processing restrictions on my habeas corpus" and adjudicate his petition (Dkt. 6). For the

same reasons stated in the Court's February 6 Order denying authorization to proceed,

Mr. Giffen's pending motions (Dkts. 5, 6) are **DENIED**.

    **SO ORDERED**

Dated: March 2, 2026

                    *s/Katherine M. Menendez*
                    Katherine Menendez
                    United States District Judge